**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2025**

———————

DEBRA FEASTER,

        Plaintiff - Appellant,

    v.

FEDERAL EXPRESS CORPORATION,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:13-cv-02517-DCN)

———————

Submitted: March 24, 2015        Decided:  March 31, 2015

———————

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Debra Feaster, Appellant Pro Se.  Lucille Lattimore Nelson,
OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Charleston, South
Carolina; Patrick Daniel Riederer, FEDERAL EXPRESS CORPORATION,
Memphis, Tennessee, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Feaster appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Federal Express Corporation on her claims of a hostile work environment and discrimination, in violation of 42 U.S.C. § 1981 (2012), the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2012), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Feaster v. Fed. Express Corp., No. 2:13-cv-02517-DCN (D.S.C. Aug. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED